The People of the State of Illinois, Plaintiff-Appellee, *v.* Leonard L. Crago, Jr., Defendant-Appellant.

(No. 72-249;

Second District—March 28, 1974.

Opinion by Mr. JUSTICE T. MORAN.

Ralph Ruebner, Deputy Defender, of Elgin (Richard Wilson and Phyllis Perko, Assistant Appellant Defenders, of counsel), for appellant.

William J. Cowlin, State's Attorney, of Woodstock, for the People.